UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>JAVAY BOYD,<br><br>                 Defendant. | Case No.:  17cr4437-LAB and 19cv1189-LAB<br><br>**ORDER DENYING OF CERTIFICATE OF APPEALABILITY** |

      The Court issued an order denying Defendant Javay Boyd's motion under 28 U.S.C. § 2255.  Boyd did not make a substantial showing of the denial of a constitutional right as to either of her two claims, and reasonable jurists would not find the denial of her motion debatable or wrong. Furthermore, one of her claims was defaulted, and she also waived collateral attack as to that claim.  A certificate of appealability is **DENIED**.  *See  Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

      **IT IS SO ORDERED**.

Dated:  July 3, 2019

_Larry A. Burns_____
Hon. Larry Alan Burns
Chief United States District Judge

1